

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In re Allen "F" Calton

No. 06-16-00013-CV

Appeal from the 67th District Court of Tarrant County, Texas (Tr. Ct. No. 067-281770-15).  Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 13, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk